IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| TYE ADAIR, ET AL. | § | |
| v. | § | CIVIL ACTION NO. 9:10CV2 |
| MOODY INTERNATIONAL AMERICAS, INC. | § | |

ORDER

On May 24, 2010, Plaintiffs filed a Motion to Compel Disclosure (document #40). A hearing was conducted by telephone on June 23, 2010. After due consideration and in accordance with the ruling made on the record at the conclusion of the hearing, it is hereby

**ORDERED** that Plaintiffs' Motion to Compel Disclosure (document #40) is **GRANTED** in part and **DENIED** in part. The motion is granted to the extent that Defendant shall produce redacted time sheets and payroll documents with corresponding billing records to Plaintiffs within 30 days of this Order. The parties shall prepare an agreed protective order. Redacted employee names shall be assigned an employee number. Defendant may return to the Court to request additional time if necessary. The motion is denied to the extent that Plaintiffs seek contracts or agreements between Defendant and its clients. Plaintiffs' remaining document requests have either been produced or do not exist and are moot.

So **ORDERED** and **SIGNED** this **23** day of **June, 2010.**

_____
JUDITH K. GUTHRIE
UNITED STATES MAGISTRATE JUDGE