IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| TYE ADAIR, ET AL. | § | |
| v. | § | CIVIL ACTION NO. 9:10cv2 |
| MOODY INTERNATIONAL AMERICAS, INC. | § | |

ORDER ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES
MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this case has been presented for consideration. The Report and Recommendation recommends that the Joint Motion to Dismiss With Prejudice, for Approval of Settlement, and to Release Money From Registry of Court (document [#49](#49)) be granted. The Report and Recommendation additionally recommends that the settlement agreement be approved, the complaint be dismissed with prejudice and the $26,477.50 in funds previously deposited into the registry of the Court be released in full to Plaintiffs' counsel Goldfarb Branham LLP. No written objections have been filed. The Court therefore adopts the findings and conclusions of the Magistrate Judge as those of the Court.

In light of the foregoing, it is

**ORDERED** that the Joint Motion to Dismiss With Prejudice, for Approval of Settlement, and to Release Money From Registry of Court (document [#49](#49)) is **GRANTED.** It is further

**ORDERED** that the Settlement Agreement presented to the Court is approved and shall remain under seal. It is further

**ORDERED** that, in accordance with the terms of the Settlement Agreement, those claims asserted by the Settlement Class Members against Moody International Americas, Inc. in this Action are hereby **DISMISSED** with prejudice. It is finally

**ORDERED** that the $26,477.50 in funds previously deposited into the registry of the Court, pursuant to this Court's Order of February 25, 2010 (document #25), is to be released in full to Plaintiffs' Counsel Goldfarb Branham LLP.

Any motion not previously ruled on is **DENIED**.

So **ORDERED** and **SIGNED** this **25** day of **August, 2010.**

_____
Ron Clark, United States District Judge